[Nos. 48141-3-II; 48168-5-II;  Division Two.  December 20, 2016.]
48170-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA NEAL HENSLEY, *Appellant*.

*In the Matter of the Personal Restraint of* JOSHUA NEAL HENSLEY, *Petitioner*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00355-4, Nelson E. Hunt, J., entered July 29, 2015, together with petitions for relief from personal restrant. Judgment *reversed* and *remanded with instructions* and petitions *dismissed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 48154-5-II.  Division Two.  December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN EDWARD CORTEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-00243-1, Robert A. Lewis, J., entered October 13, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.

[No. 48169-3-II.  Division Two.  December 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK E. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-00463-8, Derek J. Vanderwood, J., entered October 14, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Melnick, J.